UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES C. ST. JOHN,

         Plaintiff,

v.

THE CBE GROUP, INC., and THE
MASSACHUSETTS HIGHER EDUCATION
ASSISTANCE CORPORATION d/b/a
AMERICAN STUDENT ASSISTANCE, and
the U.S. DEPARTMENT OF EDUCATION,
and SLM CORPORATION,

         Defendants.

CIVIL ACTION NO. 4:10-CV-40091-FDS

## ANSWER TO AMENDED COMPLAINT

The Defendant CBE Group, Inc. responds to the Amended Complaint as follows:

Count I
Civil Action for Declaratory Judgment Against All Defendants

1.      CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

Jurisdiction and Venue

2.      CBE denies the allegations contained in this paragraph.

Parties

3.      CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

4.      CBE admits that it has a place of business in Iowa.  Otherwise, CBE denies the allegations in this paragraph.

5.      CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

6.      CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

7.      CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

<u>Factual Allegations</u>

8.      CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

9.      CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

10.      CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

11.      CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

12.      CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

13.      CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

14.      CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

15.      CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

16.      CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

17.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

18.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

19.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

20.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

21.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

22.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

23.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

24.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

25.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

26.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

27.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

28.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

29.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

30.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

31.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

32.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

33.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

34.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

35.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

36.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

37.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

38.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

39.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

40.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

41.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

42.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

43.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

44.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

45.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

46.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

47.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

48.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

49.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

50.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

51.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

52.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

53.    CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

54.    CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

55.    CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

56.    CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

57.    CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

58.    CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

59.    CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

60.    CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

61.    CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

62.    CBE and the plaintiff have exchanged correspondence which speaks for itself. Otherwise, CBE denies the allegations contained in this paragraph.

63.    CBE and the plaintiff have exchanged correspondence which speaks for itself. Otherwise, CBE denies the allegations contained in this paragraph.

64.    CBE and the plaintiff have exchanged correspondence which speaks for itself. Otherwise, CBE denies the allegations contained in this paragraph.

65.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

66.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

67.     CBE denies the allegations contained in this paragraph.

68.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

69.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

70.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

<u>Claims for Relief in Count I</u>

71.     CBE incorporates its answers to the foregoing paragraphs.

72.     CBE denies the allegations contained in this paragraph.

73.     CBE denies the allegations contained in this paragraph.

74.     CBE denies the allegations contained in this paragraph.

75.     CBE denies the allegations contained in this paragraph.

Count II
<u>Civil Action for Declaratory Judgment Against SLM Corporation (SLM)</u>

76.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

<u>Jurisdiction and Venue</u>

77.     CBE incorporates its answers to the foregoing paragraphs on Jurisdiction and Venue from Count I.

<u>Parties</u>

78.     CBE incorporates its answers to the foregoing paragraphs on Plaintiff and Defendant SLM in Parties from Count I.

<u>Factual Allegations</u>

79.     CBE incorporates its answers to the foregoing paragraphs from Count I.

<u>Claims for Relief in Count II</u>

80.     CBE incorporates its answers to the foregoing paragraphs.

81.     CBE denies the allegations contained in this paragraph.

82.     CBE denies the allegations contained in this paragraph.

83.     CBE denies the allegations contained in this paragraph.

Count III
<u>Civil Action for Declaratory Judgment Against American Student Assistance (ASA)</u>

84.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

<u>Jurisdiction and Venue</u>

85.     CBE incorporates its answers to the foregoing paragraphs on Jurisdiction and Venue from Count I.

<u>Parties</u>

86.     CBE incorporates its answers to the foregoing paragraphs on Plaintiff and Defendant ASA in Parties from Count I.

<u>Factual Allegations</u>

87.     CBE incorporates its answers to the foregoing paragraphs from Count I.

<u>Claims for Relief Sought in Count III</u>

88.     CBE incorporates its answers to the foregoing paragraphs.

89.     CBE denies the allegations contained in this paragraph.

90.     CBE denies the allegations contained in this paragraph.

91.     CBE denies the allegations contained in this paragraph.

Count IV
Civil Action for Declaratory Judgment Against the U.S. Department of Education (ED)

92.     CBE lacks knowledge or information sufficient to form a belief as to the truth of this allegation in this paragraph.

Jurisdiction

93.     CBE incorporates its answers to the foregoing paragraphs from Count I.

Parties

94.     CBE incorporates its answers to the foregoing paragraphs on Plaintiff and Defendant ED in Parties from Count I.

Factual Allegations

95.     CBE incorporates its answers to the foregoing paragraphs from Count I.

Claims for Relief Sought in Count IV

96.     CBE incorporates its answers to the foregoing paragraphs.

97.     CBE denies the allegations contained in this paragraph.

98.     CBE denies the allegations contained in this paragraph.

99.     CBE denies the allegations contained in this paragraph.

100.    CBE denies the allegations contained in this paragraph.

101.    CBE denies the allegations contained in this paragraph.

Count V
Civil Action for Declaratory Judgment Against the CBE Group, Inc. (CBE)

102.    CBE denies the allegations contained in this paragraph.

Jurisdiction

103.    CBE incorporates its answers to the foregoing paragraphs from Count I.

<u>Parties</u>

104.    CBE incorporates its answers to the foregoing paragraphs on Plaintiff and

Defendant CBE in Parties from Count I.

<u>Factual Allegations</u>

105.    CBE incorporates its answers to the foregoing paragraphs from Count I.

<u>Claims for Relief Sought in Count V</u>

106.    CBE incorporates its answers to the foregoing paragraphs.

107.    CBE denies the allegations contained in this paragraph.

108.    CBE denies the allegations contained in this paragraph.

109.    CBE denies the allegations contained in this paragraph.

<u>AFFIRMATIVE DEFENSES</u>

<u>First Affirmative Defense</u>

The Court lacks personal jurisdiction.

<u>Second Affirmative Defense</u>

The Complaint and all its claims are barred by applicable statutes of limitation.

<u>Third Affirmative Defense</u>

The Complaint fails to state a claim upon which relief can be granted.

<u>Fourth Affirmative Defense</u>

All claims are barred or reduced by the doctrines of estoppel, laches, waiver, and failure

to mitigate.

<u>Fifth Affirmative Defense</u>

The defendant is not covered by the Fair Debt Collection Practices Act ("FDCPA").

### Sixth Affirmative Defense

Any allegedly violative conduct by the defendant was unintentional and resulted from a bona fide error and notwithstanding the maintenance of procedures reasonably adopted to avoid such errors.

### Seventh Affirmative Defense

All of the defendant's conduct has been benign and lawful and neither extreme nor outrageous.  The defendants caused no harm and no damages.

### Eighth Affirmative Defense

The Consumer Protection Act is inapplicable and its procedural requirements have not been met.

### Ninth Affirmative Defense

The defendant's conduct at all times was in good faith and neither unfair nor deceptive, and has caused the plaintiff no harm.

### Tenth Affirmative Defense

The plaintiff has no damages.

### Eleventh Affirmative Defense

Any theoretically violative conduct was de minimis and harmless.

### Twelfth Affirmative Defense

The defendant is entitled to attorneys' fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) and 28 U.S.C. § 1927.

For the foregoing reasons, the defendant requests that the Court dismiss all claims with prejudice, award it attorneys' fees and costs, and grant such other and further relief as may be just.

THE CBE GROUP, INC.

By its attorneys,

*/s/John J. O'Connor*
John J. O'Connor, Esq.
BBO # 555251
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210-2261
(617) 951-2100
joconnor@peabodyarnold.com

Dated:  August 16, 2010.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the attached Answer to Amended Complaint via ECF on the following:

James C. St. John, *pro se*          Kristin M. Cataldo, Esq.
19 Rollinson Road                    Cataldo & Fisher, LLC
Worcester, MA  01606                 P. O. Box 2994
                                     Woburn, MA  01888

Dated:  August 16, 2010.             */s/John J. O'Connor*_____
                                     John J. O'Connor

727543_1
15133-94600

13